MINNIE KOEHNE, Respondent, *v.* NEW YORK AND QUEENS
COUNTY RAILWAY COMPANY, Appellant.

Reported below, 32 App. Div. 419.
(Submitted October 2, 1899; decided October 10, 1899.)

MOTION to prefer an appeal allowed by a judge of the Court
of Appeals from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
August 8, 1898, unanimously affirming a judgment in favor
of plaintiff entered upon a verdict, and an order denying a
motion for a new trial, in an action to recover damages for a
personal injury.

The motion was made upon the grounds : 1. That the appeal
is entitled to a preference under subdivision 12, section 791,
Code of Civil Procedure (Chap. 355, Laws of 1899). 2. That
the point of law involved in the appeal is of great public
importance.

*Weed, Story & Stratton* for motion.

*William E. Story* opposed.

Motion denied, without costs, on decision in *Coxhead* v.
*Johnson* (160 N. Y. 369).